UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:         EMPLOYERS' SELF INSURERS FUND         CASE NO: 12-11512

               DEBTOR                                CHAPTER 7

**O R D E R**

Considering the Application for Payment of Unclaimed Funds filed by Virginia L. Course, Administratrix of the Estate of Tommy Edward Green, the supporting documentation, the record of the case and applicable law,

IT IS ORDERED that Monica M. Menier, Clerk of Court, United States Bankruptcy Court, Middle District of Louisiana, pay to:

>Virginia L. Rouse, Administratrix
>P.O. Box 299
>Marshall, Texas 75671-0299

the sum of $86,640.87, being the amount belonging to the creditor Tommy Green and deposited into the treasury of this Court following entry of Order on August 7, 2018.

Baton Rouge, Louisiana, December 4, 2018.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE